E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-822-GHK (MRWx) | Date | June 3, 2015 |
|---|---|---|---|
| Title | *Russell Strolin v. Brinks Incorporated, et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Plaintiff's Corrected Motion to Remand Action to State Court for Lack of Subject Matter Jurisdiction [Dkt. 18]

On June 3, 2015, we remanded this action to San Bernardino Superior Court pursuant to the Parties' stipulation. [*See* Dkt. 21.] Accordingly, Plaintiff's above-captioned Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk        Bea